UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **In the matter of the search of** | : | CASE NO.: 1:12-mj-131 |
| | : | |
| | : | MAGISTRATE JUDGE LITKOVITZ |
| | : | |
| **2905 Queen City Avenue** | : | <u>MOTION TO UNSEAL</u> |
| **Apt. #4** | : | <u>SEARCH WARRANT</u> |

---------------------------------------

The United States respectfully requests that the Court unseal the Search Warrant and any other pleadings previously filed under seal in the above-numbered case.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Timothy S. Mangan
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street; Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385

IT IS **ORDERED** that the Search Warrant and any other pleadings previously filed under seal in the above-numbered case shall now be unsealed.

10/23/12
DATE

HONORABLE KAREN L. LITKOVITZ
United States Magistrate Judge